UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARIE EDWARDS** | **CASE NO. 6:24-CV-01493** |
| **VERSUS** | **JUDGE DRELL** |
| **U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision should be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). [1] More particularly, but not limited to, the Commissioner is instructed to properly examine the vocational expert and conduct an individualized determination as required by Medical-Vocational Rule 201.00(h)(3) to determine that there is work in the national economy that Claimant can perform despite her disability; consider

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

the side effects of Claimant's pain medication; consider Claimant's updated medical records regarding her rheumatoid arthritis; and to again evaluate Claimant's residual functional capacity.  Claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

Signed at Alexandria, Louisiana, this <u>28th</u> day of <u>January</u> 2026.

                                              DEE D. DRELL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT